**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-22908-Civ-COOKE/REID**
**(16-20715-Cr-COOKE)**

CRAIG SIZER,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. ECF Nos. 2, 15. On November 3, 2020, Judge Reid issued a Report of Magistrate Judge (the "Report") recommending that the Court deny the Amended Motion to Vacate pursuant to 28 U.S.C. § 2255. ECF No. 40. Mr. Sizer filed objections to the Report on November 16, 2020, ECF No. 18, to which the Government responded on November 23, 2020, ECF No. 44.

Having reviewed the record and the relevant legal authorities, the Court overrules Mr. Sizer's objections to the Report. The Court will defer to Judge Reid's credibility determinations because Mr. Sizer has not established that they are unbelievable. *See United States v. Ramirez-Chilel*, 289 F.3d 744, 749 (11th Cir. 2002).

It is therefore **ORDERED and ADJUDGED** that the Report (ECF No. 40) is **AFFIRMED and ADOPTED**. Accordingly, the Court **DENIES** the Amended Motion to Vacate (ECF No. 16) on the merits.

It is **FURTHER ORDERED and ADJUDGED** that Mr. Sizer has not demonstrated "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, this Court **DENIES** a Certificate of Appealability in this case. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of December 2020.

_Marcia G. Cooke_
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Counsel of record*